Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Nicole E. Lovelock, Esq.
Nevada Bar No. 111887
Krystal J. Gallagher, Esq.
Nevada Bar No. 11573
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Telephone (702) 669-4600
Facsimile (702) 669-4650
preilly@hollandhart.com
neloveock@hollandhart.com
kjgallagher@hollandhart.com

*Attorneys for Defendants William J. Hogan, Thompson MacDonald, Ronald Schinnour, Michael Hogan, Candeo Lava Products, Inc., and Futureworth Capital Corp.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD D. SLOAN; ROBIN SCHWARZ; GARY COLLINS; JILL BROWN; LARK TERRELL; NANCY HERBOLD; DANIEL R. SLOAN; BETTY ANN SLOAN; PEARL KIRK; JAMES BOAN; N O WAIT; LARRY ORWICK; PATRICIA LA SALLE; BRIAN WOLFE; STUART R. CAMERON; ROBERT WEBSTER; HUGO BONDI; JOAN BRATSETH; P A BRATSETH; DEREK MILANI; DEAN RACHEY; SAM BROUNSTEIN; SANDRA JANSEN; BRIAN JANSEN; RHONDA KIM NICHOLS; SCOTT NICHOLS; CARMEN ADAIR; KRISTA SCHOFIELD; MARK BRATSETH; ROSE TRUST 11; CLIFF OLSON; DON COLLINS; ROYCE NORDSTROM; NATALIE MAYZEL; DAVID JESSKE; THORNTON D. BARNES; JAMES HASON; SANDRA HASON; EDDIE GUILLET; RYAN GUILLET; <br><br> ON BEHALF OF CAN-CAL RESOURCES, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> CAN-CAL RESOURCES, LTD., a Nevada corporation; WILLIAM J. HOGAN; THOMPSON MACDONALD; RONALD | Case No.: <br><br> **NOTICE OF REMOVAL** |

|   |   |
|---|---|
| 1 | SCHINNOUR; MICHAEL HOGAN; CANDEO LAVA PRODUCTS, INC. a Canadian Corporation, and FUTUREWORTH CAPITAL CORP., a Canadian Corporation, |
| 2 | |
| 3 | |
| 4 | Defendants. |

5  **TO THE CLERK OF THE ABOVE-ENTITLED COURT**:

6  PLEASE TAKE NOTICE that Defendants William J. Hogan, Thompson MacDonald, Ronald Schinnour, Michael Hogan, Candeo Lava Products, Inc., and Futureworth Capital Corp. (hereinafter collectively referred to as "Removing Defendants") hereby remove to this Court, pursuant to 28 U.S.C. § 1441, the state court action described below.

10  1.  On or about May 29, 2014, an action was commenced in the District Court in and for Clark County, Nevada, entitled *Ronald D. Sloan, Robin Schwarz, Gary Collins, Jill Brown, Lark Terrell, Nancy Herbold, Daniel R. Sloan, Betty Ann Sloan, Pearl Kirk, James Boan, N O Wait, Larry Orwick, Patricia La Salle, Brian Wolfe, Stuart R. Cameron, Robert Webster, Hugo Bondi, Joan Bratseth, P A Bratseth, Derek Milani, Dean Rachey, Sam Brounstein, Sandra Jansen, Brian Jansen, Rhonda Kim Nichols, Scott Nichols, Carmen Adiar, Krista Schofield, Mark Bratseth, Rose Trust 11, Cliff Olson, Don Collins, Royce Nordstrom, Natalie Mayzel, David Jesske, Thornton D. Barnes, James Hason, Sandra Hason, Eddie Guillet, Ryan Guillett, on behalf of Can-Cal Resources, LTD, Plaintiffs, vs. Can-Cal Resources, LTD., a Nevada Corporation, William J. Hogan, Thompson MacDonald, Ronald Schinnour, Michael Hogan, Candeo Lava Products, Inc., a Canadian Corporation, and Futureworth Capital Corp., a Canadian Corporation, Defendants,* as Case No. A-14-701465-B.  A copy of the Complaint is attached hereto as **Exhibit "A"**.

23  2.  This Court has original jurisdiction over this action under 28 U.S.C. § 1331 because Plaintiff's Complaint alleges violations of the Sarbanes-Oxley Act of 2002 and Securities Exchange Act of 1934.  Exhibit A at ¶¶ 23, 63-65, 100(D), 113, 123(b), 128, 130.  While a specific federal claim is not pleaded, the plaintiffs' "right to relief necessarily depends on resolution of a substantial question of federal law" and is thus removable.  *Franchise Tax Board v. Construction Laborers Vacation Trust,* 463 U.S. 1, 27-28 (1983).

Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

3. This Notice of Removal is timely filed "within thirty days after the receipt by the defendant, through service or otherwise, of a copy of a pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable . . . ." 28 U.S.C. § 1446(b).

4. Written notice of the filing of this Notice of Removal will be given to all adverse parties, and a copy of this Notice of Removal will be filed with the Clerk of the Eighth Judicial District Court in and for Clark County, Nevada. 28 U.S.C. § 1446(d).

5. This Notice is signed in accordance with Fed. R. Civ. P. 11.

6. At this time, Removing Defendants are not aware of any other defendants who have appeared in this action.

7. The Removing Defendants are advised that Defendant Can-Cal Resources, Ltd. joins in the removal.

DATED this 16th day of July, 2014.

      /s/ Patrick J. Reilly, Esq.
Patrick J. Reilly, Esq.
Nicole E. Lovelock, Esq.
Krystal J. Gallagher, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

*Attorneys for Defendants*
*William J. Hogan, Thompson MacDonald,*
*Ronald Schinnour, Michael Hogan,*
*Candeo Lava Products, Inc., and*
*Futureworth Capital Corp.*

6989101_1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of July, 2014, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was served by depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

>Suvinder S. Ahluwalia, Esq.
>410 South Rampart Blvd., Suite 350
>Las Vegas, Nevada 89145
>*Attorneys for Plaintiffs*

_____/s/ Susann Thompson_____
An employee of Holland & Hart LLP

6989101_1