UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RONALD SLOAN, et al )
  )
             Plaintiffs, ) 2:14-cv-1164 RFB-NJK
vs. ) MINUTES OF THE COURT
  )
CAN-CAL RESOURCES LTD, et al, ) DATED 13 April 2016
  )
             Defendants. )

PRESENT
THE HONORABLE <u>RICHARD F. BOULWARE, II,</u> UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: EILEEN WOOD        RECORDER:    NONE APPEARING

COUNSEL FOR PLAINTIFF (S) :            NONE APPEARING

COUNSEL FOR DEFENDANT (S) :            NONE APPEARING

MINUTE ORDER IN CHAMBERS:

   Minutes (#42) were entered in this case on August 18, 2015. Good cause appearing,

   IT IS ORDERED that the Cash Bond (#15) posted in the amount of $3,000.00, receipt #28459 filed August 18, 2014 on behalf of Plaintiffs, is hereby exonerated and the Clerk of Court is hereby directed to release said funds to the rightful owner.

APPROVED: _____
RICHARD F. BOULWARE, II
United States District Judge

DATED:   April 13, 2016